UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING | CIVIL ACTION NO: 1:24-cv-00134-LEW |
| Plaintiff | JUDGMENT OF FORECLOSURE AND SALE |
| vs. | RE:<br>6 Liberty Street, Fairfield, ME 04937 |
| CODY A. HARTSGROVE | Mortgage:<br>October 16, 2020<br>Book 5621, Page 174 |
| Defendant | |

## JUDGMENT OF FORECLOSURE AND SALE

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on April 8, 2025. Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, was present and represented by Reneau J. Longoria, Esq. Defendant, Cody A. Hartsgrove, appeared and consented to the following judgment.

Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I - Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay NewRez LLC d/b/a Shellpoint Mortgage Servicing ("NewRez") the amount adjudged due and owing ($131,483.48) within 90 days of the date of the Judgment, as that time period is

calculated in accordance with 14 M.R.S.A. § 6322, NewRez shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.

The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $117,113.28 |
| Interest | $4,689.14 |
| Escrow Balance at Loan Transfer | ($727.52) |
| Pre-Accelerated Late Charges | $175.23 |
| Insurance | $6,549.49 |
| Taxes | $8,183.53 |
| Corporate Advances | $5,905.77 |
| Credits | ($9,801.31) |
| Unapplied Balance | $604.13 |
| Grand Total | $131,483.48 |

2. If the Defendant or his/her heirs or assigns do not pay NewRez the amount adjudged due and owing ($131,483.48) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Fairfield Property shall terminate, and NewRez shall conduct a public sale of the Fairfield Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $131,483.48 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. NewRez may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his/her right to possession, NewRez may reopen this matter to seek a Writ of Assistance and/or Writ of Possession

    to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $131,483.48.

6. NewRez LLC d/b/a Shellpoint Mortgage Servicing has first priority, in the amount of $131,483.48, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

7. The prejudgment interest rate is 2.37500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 10.23%, pursuant to 14 M.R.S.A. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue December 2024, 4.16% plus 6% for a total post-judgment interest rate of 10.16%).

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>55 Beattie Place<br>Suite 10<br>Mail Stop 005<br>Greenville, SC 29601 | Reneau J. Longoria, Esq.<br>William H. Sandstead, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Cody A. Hartsgrove<br>6 Liberty Street<br>Fairfield, ME 04937 | Pro Se |

a) The docket number of this case is No. 1:24-cv-00134-LEW.

b) The Defendant, the only party to these proceedings besides NewRez, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 6 Liberty Street, Fairfield, ME 04937, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 6 Liberty Street, Fairfield, ME 04937.  The Mortgage was executed by the Defendant, Cody A. Hartsgrove on October 16, 2020.  The book and page number of the Mortgage in the Somerset County Registry of Deeds is Book 5621, Page 174.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 6 Liberty Street, Fairfield, ME 04937.

**SO ORDERED**

**Dated this 16th day of April, 2025.**

/s/ Lance E. Walker
Chief U.S. District Judge

Case 1:24-cv-00134-LEW   Document 33   Filed 04/16/25   Page 5 of 6   PageID #: 144

Doc. 13968 Bk 5621 Pg 185

## Exhibit A - Property Description

**Closing Date:** October 16, 2020

**Borrower(s):** Cody A. Hartsgrove

**Property Address:** 6 Liberty Street, Fairfield, ME 04937

A certain lot or parcel of land with the buildings and improvements thereon, situated in the Town of Fairfield, Somerset County, State of Maine, said premises being further described as follows:

FIRST PARCEL:
Being Lot 19 on a Plan of Westmount Park made by Green and Wilson dated July 1922, recorded in Somerset County Registry of Deeds, Plan Book 5, Page 29. There are no restrictions on the herein described premises.

SECOND PARCEL:
Being a lot or parcel of land next northerly and adjacent to the above-described parcel and bounded as follows: Beginning at the northwesterly corner of Lot 19 as above described on the easterly side of Liberty Street, which point also marks the southwesterly corner of Lot 18 on said plan; thence in a northerly direction a distance of 5 feet; thence easterly to the easterly line of Lot 18; thence southerly 5 feet to the southeasterly corner of Lot 18 and the northerly line of Lot 19; thence westerly to the east side of Liberty Street and the point of beginning.

Being the southerly 5 feet of Lot 18 as aforesaid.


EXHIBIT A